Hon. James L. Robart

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| Warren Collado,<br><br>            Plaintiff,<br><br>   v.<br><br>USAA Savings Bank, Equifax Information Services, LLC and Trans Union, LLC,<br><br>            Defendants. | No. 2:23-cv-01550-JLR<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and among Plaintiff Warren Collado and Defendant USAA Savings Bank, by and through their undersigned attorneys, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear her or its own costs and attorneys' fees.

Stipulation of Dismissal
CASE NO: 2:23-cv-01550-JLR

SANDERS LAW GROUP
333 Earle Ovington Blvd, Ste 402
Uniondale, NY 11553
Tel: (516) 203-7600

1

Dated: May 24, 2024

| | |
|---|---|
| **SANDERS LAW GROUP** | **DKM LAW GROUP LLP** |
| By: _/s/ Craig B. Sanders_ | By: _/s/ Joshua N. Kastan_ |
| Craig B. Sanders, Esq. (WSBA #46986) | Joshua N. Kastan, Esq. (WSBA No. 50899) |
| 333 Earle Ovington Blvd, Suite 402 | 1700 7th Ave., Ste. 2100, |
| Uniondale, NY 11553 | Seattle, WA 98101 |
| Tel: (516) 203-7600 | Tel: (206) 407-2518 |
| Email: csanders@sanderslaw.group | Email: jnk@dkmlawgroup.com |
| File No.: 128248 | *Attorneys for Defendant USAA Savings Bank* |
| *Attorneys for Plaintiff* | |

SO ORDERED.

_____   Date: May 24, 2024
**Hon. James L. Robart**

Stipulation of Dismissal
CASE NO: 2:23-cv-01550-JLR

SANDERS LAW GROUP
333 Earle Ovington Blvd, Ste 402
Uniondale, NY 11553
Tel: (516) 203-7600

1